**Opinion issued February 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00439-CV

_____

**JIM THOMPSON, Appellant**

**V.**

**RIDGE POINT APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1226850**

---

## MEMORANDUM OPINION

Appellant's brief was originally due on August 14, 2024. Notice issued on

August 22, 2024 that the appeal might be dismissed unless appellant filed his brief

within ten days. No brief or motion for extension was filed but appellant filed a

motion for emergency relief and for judicial notice. The Court denied both motions

on October 8, 2024.  On December 17, 2024, the Court issued another notice to appellant, warning that the appeal might be dismissed unless a brief was filed by December 27, 2024.  No brief or motion was filed.

The motion for sanctions, which was carried with the case, is denied.

We dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.